COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

DEBRA FAYE WILLIAMS,                                 )

                                                                              )              
No.  08-04-00160-CR

Appellant,                          )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )           
Criminal District Court #1

THE STATE OF TEXAS,                                     )

                                                                              )            
of Dallas County, Texas

Appellee.                           )

                                                                              )             
(TC# F-03-50389-WH)

                                                                              )

 

 

MEMORANDUM  OPINION

 

Pending before the
Court is Appellant=s motion
to withdraw her notice of appeal pursuant to Tex.
R. App. P. 42.2(a), which states that:

(a)        At any time before the appellate court=s decision, the appellate court may
dismiss the appeal if the party that appealed withdraws its notice of
appeal--by filing a written withdrawal in duplicate with the appellate clerk,
who must immediately send the duplicate copy to the trial court clerk.  An appellant must personally sign the written
withdrawal.

 








No decision has
issued in this case.  Appellant=s motion to withdraw her appeal is
signed by herself and her attorney.  The
clerk of this Court had indicated that a duplicate copy of the motion has been
delivered to the trial court clerk. 
Appellant having complied with the requirements of Rule 42.2(a), the
Court has considered this cause on Appellant=s
motion and concludes the motion should be granted and the appeal should be
dismissed.  We therefore dismiss the
appeal.

 

 

October 14, 2004

RICHARD BARAJAS, Chief Justice

 

 

Before Panel No. 4

Barajas, C.J., Larsen, and McClure, JJ.

 

(Do Not Publish)